# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.: 2:13-cr-188 |
| vs. | : | Chief Judge Algenon L. Marbley |
| ERIC N. GIBSON, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Indictment against Defendant Eric N. Gibson. (Doc. 8). The United States Attorney seeks to dismiss the Indictment and Arrest Warrant due to their age. Defendant Gibson has been a fugitive since the Indictment was filed on August 20, 2013. Due to the age of the case, the Government represents that even if the Defendant was apprehended, it would not be able to present reliable evidence to convict the Defendant.

For good cause shown, the Court **GRANTS** the United States' Motion. The Indictment and Arrest Warrant against Defendant Gibson are hereby dismissed without prejudice and the warrant should be removed from all law enforcement data bases.

IT IS SO ORDERED.

DATED: May 8, 2020

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE